**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TONYA STANLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO.: |
| v. | : | |
| | : | 1:15-CV-01616-LMM |
| FLEETCOR TECHNOLOGIES | : | |
| OPERATING COMPANY, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff TONYA STANLEY and Defendant FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC, by and through their undersigned attorneys of record, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), hereby stipulate jointly to the dismissal with prejudice of the above-styled action.  Each party will bear its own costs and attorney's fees.

This 6th day of June, 2016.

FELDMAN LAW GROUP, PA


BY: */s/ Mitchell L. Feldman, Esq.*
       Mitchell L. Feldman
       Georgia Bar No.       257791

       *Attorney for Plaintiff*

       1715 N. Westshore Blvd.
       Suite 400
       Tampa, FL  33607
       Telephone: 813.639.9366
       Facsimile: 813.639.9376

BY: */s/ Susan W. Furr, Esq.*
       Susan W. Furr, Esq.
       Louisiana Bar No.: 19582
       *(admitted pro hac vice)*


       PHELPS DUNBAR LLP
       II City Plaza
       400 Convention Street
       Suite 1100
       Post Office Box 4412
       Baton Rouge, Louisiana 70802
       Telephone: (225) 346-0285
       Facsimile: (225) 381-9197
       Email: susie.furr@phelps.com


       James J. Swartz Jr., Esq.
       Georgia Bar No.: 694319
       Teeka K. Harrison
       Georgia Bar No.: 543115

       POLSINELLI PC
       1355 Peachtree, N.E.
       Suite 500
       Atlanta, Georgia 30309
       Telephone: (404) 253-6000
       Facsimile: (404) 253-6060
       Email: jswartz@polsinelli.com
            tharrison@polsinelli.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TONYA STANLEY                                    :
                                                 :
Plaintiff,                                       :
                                                 :
          Plaintiff,                             :
                                                 :          CIVIL ACTION NO.:
v.                                               :
                                                 :          1:15-CV-01616-LMM
FLEETCOR TECHNOLOGIES                            :
OPERATING COMPANY, LLC,                          :
                                                 :
                                                 :
Defendant.                                       :

## <u>CERTIFICATE OF SERVICE</u>

          I hereby certify that on June 6, 2016, a copy of the foregoing instrument

was filed electronically.  Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system.

                                   */s/ Mitchell Feldman*
                                   Mitchell L. Feldman, Esq.
                                   Georgia Bar No. 257791